IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **vs.** ) | Civil Action Number |
| ) | **4:05-cv-8008-UWC-TMP** |
| **JOSE ANGEL GONZALEZ,** ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND DISMISSING CASE

No objections have been filed to the December 18, 2006, Report and Recommendation ("R&R") of the Magistrate Judge that the 28 U.S.C. Section 2255 motion be denied as time-barred.

The Court having carefully reviewed and considered *de novo* the R&R and the entire file. Based on this review, the Court now ADOPTS the Report and ACCEPTS the recommendation.

By separate order, this action will be dismissed as time-barred.

_____

                                U.W. Clemon
                 United States District Judge